IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRENCE MCCREA,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**J. HUBBARD, et al.,**<br><br>　　　　　　　　　Defendants. | Case No. 1:17-cv-00247-MJS<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR COPY OF ORDER** |

On October 18, 2017, Defendant Denman moved to revoke in forma pauperis status for Plaintiff. (ECF No. 14.) On November 13, 2017, after Plaintiff filed opposition, the Court ordered supplemental briefing to address the Ninth Circuit's recent decision in Williams v. King, --- F.3d ----, No. 15-15259, 2017 WL 5180205 (9th Cir. Nov. 9, 2017). On November 16, 2017, Defendant moved for, and later was granted, an extension of time to file the supplemental brief. (ECF No. 22 and 23.)

On November 27, 2017, Plaintiff filed a notice of denial of access to law library and a motion for a copy of the Williams decision. (ECF No. 24.). He expressly stated he was not asking for an extension of time to file his briefing, but requested that the Court provide a copy of the Ninth Circuit's decision for him to review.

| | |
|---|---|
| 1 | The Court cannot conduct legal research for a party or provide copies of cases to either party. The Court can, and does, however, ask Defendant to attach a copy of the Williams decision to its supplemental briefing as a courtesy to the Plaintiff and the Court so as to move the case along. Defendant's supplemental briefing is to be filed December 11, 2017. Plaintiff will have until January 8, 2017, to consider Defendant's brief and the Williams case before his response is due. (See ECF Nos. 20; 23.) If, for good reason, Plaintiff needs more time than that he may file a motion for extension of time. |

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a copy of the Williams decision is DENIED.

IT IS SO ORDERED.

Dated: November 28, 2017        /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE